UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

**Order Filed on March 15, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Claire P. Higgins

Case No.: _____18-32251_____

Chapter: _____13_____

Judge: _____JNP_____

## ORDER AUTHORIZING RETENTION OF

Kevin Piccolo/Ray Piccolo Realty

The relief set forth on the following page is **ORDERED**.

**DATED: March 15, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Kevin Piccolo/Ray Piccolo Realty___

as _____realtor_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

      The professional's address is:   ___1456 North Black Horse Pike___

                                 ___Blackwood, NJ 08012___

                                 _____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.    If the professional requested a waiver as noted below, it is ☒ Granted   ☐ Denied.

      ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☒  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32251-JNP
Claire P. Higgins                                                         Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Mar 15, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db              +Claire P. Higgins,    632 Elm Avenue,    Chesilhurst, NJ 08089-1124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
          ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the First
          Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-FF7
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          S. Daniel Hutchison    on behalf of Debtor Claire P. Higgins sdhteamlaw@outlook.com,
          backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6