Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32251−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Claire P. Higgins
   aka Claire Higgins, aka Claire P Rose, aka
   Clair Higgins, aka Claire Pamela Higgins
   632 Elm Avenue
   Chesilhurst, NJ 08089

Social Security No.:
   xxx−xx−3670

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 3, 2019
JAN: kvr

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 18-32251-JNP
Claire P. Higgins                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2         Date Rcvd: Sep 04, 2019
                               Form ID: 148             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db            +Claire P. Higgins,    632 Elm Avenue,    Chesilhurst, NJ 08089-1124
aty           +KML Law Group PC,    216 Haddon Ave,   Suite 406,    Westmont, NJ 08108-2812
cr           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:   Credit Acceptance Corporation,     25505 West 12 Mile Road,
               Southfield, MI   48034)
r             +Kevin Piccolo,    Ray Piccolo Realty,    1456 Black Horse Pike,   Blackwood, NJ 08012-5197
517972643     +AARON'S INC,    PO BOX 100039,   KENNESAW GA 30156-9239
517862001     +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,   Sunrise, FL 33345-9079
517862002     +Advocare Advanced Primary Care,    Attn: Patient Billing / Bankruptcy Dept,   111 Vine Street,
               Hammonton, NJ 08037-1447
517862003     +Advocare Family Medicine Associates,    ATTN Patient Billing / Bankruptcy Dept,
               979 North Black Horse Pike,    Williamstown, NJ 08094-1099
517862004     +Apex Asset Management,    Attn: Bankruptcy,   2501 Oregon Pike, Ste 201,
               Lancaster, PA 17601-4890
517862006      CCMUA,   Regional Sewer Service,    PO Box 1105,    Bellmawr, NJ 08099-5105
517862005     +Camden County Sheriff,    Attn: FR-18003826,   520 Market Street,    Camden, NJ 08102-1300
517862007     +Centennial Surgical Center,    502 Centennial Blvd. Suite 1,    Voorhees, NJ 08043-9544
517862008     +Credit Acceptance,    25505 West 12 Mile Rd,   Suite 3000,    Southfield, MI 48034-8331
517985150     +Credit Acceptance Corporation,    John R. Morton, Jr.,    110 Marter Avenue, Suite 301,
               Moorestown, NJ 08057-3124
517862009     +Emergency Physician Associates of SJ, PC,    100 Townsend Avenue,    Berlin, NJ 08009-9011
517862010      Emergency Physicians Assoc of S. J. , PC,   Re: Department A,    3585 Ridge Park Drive,
               Akron, OH 44333-8203
517862011     +Eos Cca,   Attn: Bankruptcy,    Po Box 329,   Norwell, MA 02061-0329
517862013     +KML Law Group, P.C.,    Re: F-026077-17,   216 Haddon Ave., Suite 406,    Westmont, NJ 08108-2812
517862014     +Lourdes Cardiology Services, PC,    500 Grove Street,    Haddon Heights, NJ 08035-1761
517862017      Pressler, Felt & Warshaw, L.L.P.,    Re: DC-010213-12,    7 Entin Road,
               Parsippany, NJ 07054-5020
517862018     +Reginal Medical Group,    705 White Horse Road, Suite D102,    Voorhees, NJ 08043-2468
517862019     +Richard G. Higgins,    208 Madison Avenue,   Saint Marys, GA 31558-3909
517862021     +United Auto Credit Co,    Attn: Bankruptcy,   Po Box 163049,    Fort Worth, TX 76161-3049
517878400     +United Auto Credit Corporation,    PO Box 163049,    Fort Worth, TX 76161-3049
517862024     +Warwick Auto,    521 North White Ho,   Magnolia, NJ 08049-1417
517874723     +Wells Fargo Bank, N.A.,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 23:41:25     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 23:41:21     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
lm            +E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2019 23:42:16
               Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT 84165-0250
517879972     +EDI: IRS.COM Sep 05 2019 03:13:00      Department of Treasury,   Internal Revenue Service,
               P O Box 7346,    Philadelphia, PA 19101-7346
517862012     +EDI: IIC9.COM Sep 05 2019 03:13:00      I C System Inc,   444 Highway 96 East,   P.O. Box 64378,
               St. Paul, MN 55164-0378
517932142      EDI: RESURGENT.COM Sep 05 2019 03:13:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
               P O Box 10587,    Greenville, SC 29603-0587
517862015     +EDI: CBS7AVE Sep 05 2019 03:13:00      Monroe & Main,   1112 7th Avenue,   Monroe, WI 53566-1364
517862016     +E-mail/PDF: bankruptcy@ncfsi.com Sep 04 2019 23:46:49      New Century Financial Services, Inc.,
               Eric Sombers, President,    110 South Jefferson Road,    Whippany, NJ 07981-1038
517964188     +EDI: RESURGENT.COM Sep 05 2019 03:13:00      PYOD, LLC,   Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
517862020     +E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2019 23:42:16
               Select Portfolio Servicing, Inc,    Attn: Bankruptcy,   Po Box 65250,
               Salt Lake City, UT 84165-0250
517953842     +EDI: AIS.COM Sep 05 2019 03:13:00      Verizon,   by American InfoSource as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517862022     +EDI: VERIZONCOMB.COM Sep 05 2019 03:13:00      Verizon,   Attn: Bankruptcy Department,
               One Verizon Way,    Basking Ridge, NJ 07920-1097
517862023     +EDI: VERIZONCOMB.COM Sep 05 2019 03:13:00      Verizon Wireless,   Attn: Bankruptcy Department,
               500 Technology Drive Suite 300,    Weldon Springs, MO 63304-2225
517964483      E-mail/Text: jennifer.chacon@spservicing.com Sep 04 2019 23:42:16     Wells Fargo Bank, N.A.,
               c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Sep 04, 2019
                              Form ID: 148             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:

```
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee for the First
           Franklin Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2004-FF7
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          S. Daniel Hutchison    on behalf of Debtor Claire P. Higgins sdhteamlaw@outlook.com,
           backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 6
```